DAVID J. MINKIN          #3639-0
BECKY T. CHESTNUT        #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile No.:  (808) 524-8293
E-mail:  minkin@m4law.com

Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| CHARLES J. HUXEL, JR., | CIVIL NO.  07-00318 SOM BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER |
| vs. | |
| FINANCIAL RECOVERY SERVICES, INC., | |
| Defendant. | NO TRIAL DATE SET |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant FINANCIAL RECOVERY SERVICES, INC., by

and through its attorneys McCorriston Miller Mukai MacKinnon

LLP, and Plaintiff CHARLES J. HUXEL, JR., by and through his

attorney, John Harris Paer, stipulate to the dismissal of this action

174481.1

with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter has not been set.

DATED:  Honolulu, Hawai`i, December 14, 2007.


/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendant
FINANCIAL RECOVERY
SERVICES, INC.


/s/ John Harris Paer
JOHN HARRIS PAER
Attorney for Plaintiff
CHARLES J. HUXEL, JR.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; December 17, 2007.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

Huxel  vs. Financial Recovery Services, Inc., Civil No. 07-00318 SOM BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER

2